# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:                                      §        Case No. 10-26117
    PERILLO, TERRENCE C. and         §
    PERILLO, YVONNE E.,              §
                                     §
Debtor(s)                                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on March 10, 2011 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  February 7, 2011          By:  /s/  Richard M. Fogel
                                            Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: PERILLO, TERRENCE C § Case No. 10-26117

PERILLO, YVONNE E §

PERILLO PLUMBING COMPANY §

Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 15,744.35 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 15,744.35 |

**Balance on hand:**      $    15,744.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $    0.00

Remaining balance:    $    15,744.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,324.44 | 0.00 | 2,324.44 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 900.00 | 0.00 | 900.00 |

Total to be paid for chapter 7 administration expenses:    $    3,224.44

Remaining balance:    $    12,519.91

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00

Remaining balance:   $   12,519.91

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00

Remaining balance:   $   12,519.91

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 626,815.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Plumbers' Welfare Fund, et al. | 59,953.46 | 0.00 | 1,197.50 |
| 3U | Harris N.A. | 129,177.82 | 0.00 | 2,580.18 |
| 5 | Capital One Bank (USA), N.A. | 14,225.07 | 0.00 | 284.13 |
| 7 | SG Supply Co. | 423,459.07 | 0.00 | 8,458.10 |

Total to be paid for timely general unsecured claims:   $   12,519.91

Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $        0.00

Remaining balance:  $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $        0.00

Remaining balance:  $        0.00

Prepared By:  /s/RICHARD M. FOGEL

Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: preed            Page 1 of 2            Date Rcvd: Feb 14, 2011
Case: 10-26117               Form ID: pdf006         Total Noticed: 66
```

The following entities were noticed by first class mail on Feb 16, 2011.
```
db/jdb       +Terrence C Perillo,   Yvonne E Perillo,   6636 W. 88th Street,   Oak Lawn, IL 60453-1014
aty          +Kimberly A Bacher,   Shaw Gussis Fishman Glantz WolfsonTowbin,   321 N. Clark,   Suite 800,
              Chicago, IL 60654-4766
aty          +Thomas W Toolis,   Jahnke, Sullivan & Toolis, LLC,   9031 West 151st Street,   Suite 203,
              Orland Park, IL 60462-6563
tr           +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
15693020     +AT & T Universal Card,   Processing Center,   Des Moines, IA 50363-0001
15693019     +Adventist Hinsdale Hospital,   120 N. Oak St.,   Hinsdale, IL 60521-3890
15693021     +Atlas Concrete Cutting,   50 West Michigan Ave,   Palatine, IL 60067-6822
15693022     +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
15693023     +Bank Of America,   4161 Piedmont Parkway,   Greensboro, NC 27410-8119
16117726      Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 248839,
              Oklahoma City, OK  73124-8839
15693025     +Carefree Pools Inc.,   2310 Skokie Valley Dr.,   Highland Park, IL 60035-1745
15693026      Carson Pirie Scott,   PO Box 17633,   Baltimore, MD 21297-1633
15693027     +Cbeyond,   1520 Kensington Road,   Suite 300,   Oak Brook, IL 60523-2142
15693028     +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
15693029     +Chase,   Po Box 24696,   Columbus, OH 43224-0696
15693030      Chase Auto,   1 East Old State,   Springfield, IL 62701
15693031     +Check Systems, Inc.,   Attn: Customer Relations,   7805 Hudson Road, Ste 100,
              Woodbury, MN 55125-1703
15693032     +Citibank,   Attention: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
15693033     +Cocalas, Westberg and Monnsen,   600 Orland Square Dr.,   Orland Park, IL 60462-3219
15693034     +Daugherty Sales,   571 W. Golf Rd,   Arlington Heights, IL 60005-3904
15693035      Equifax Information Services, LLC,   P.O. Box 740256,   Atlanta, GA 30374-0256
15693036      Experian,   P.O. Box 9701,   Allen, TX 75013-9701
15693038     +FMSI- Pro Power,   1001 Warrenville Road,   Suite 210,   Lisle, IL 60532-1393
15693037     +Fashion Bug/soanb,   1103 Allen Dr,   Milford, OH 45150-8763
15693039     +Fullerton Industrial,   1456 W. Fullerton,   Chicago, IL 60614-2031
15693040     +G M A C,   Po Box 130424,   Roseville, MN 55113-0004
15693041     +Gb Algonquin,   234 South Randall Rd.,   Algonquin, IL 60102-9775
15693045      Harris Bank Na,   111 West Monroe Street,   Chicago, IL 60603-4095
16053000     +Harris N.A.,   111 West Monroe Street,   Chicago, IL 60603-4095
15693046     +Harris N.a.,   3800 Golf Rd Ste. 300,   Rolling Meadows, IL 60008-4005
15693047     +Hilti Inc,,   5400 South 122nd East Ave,   Tulsa, OK 74146-6099
15693048     +Holian Insulation Co.,   7504 Meyer Rd.,   Spring Grove, IL 60081-9359
15693049     +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
15693050     +Illinois Communications,   2657 W. 87th Street,   Evergreen Park, IL 60805-1197
15693051     +Keiths Contracting Inc.,   PO Box 34,   Willow Springs, IL 60480-0034
15693052     +Komatsu Financial,   PO Box 99303,   Chicago, IL 60693-9303
15693053     +Lewis, Overbeck and Furman LLP,   20 North Clark St.,   Suite 3200,   Chicago, IL 60602-5093
15693054     +Litgen Concrete Cutting,   1020 Nerge Rd,   Ekk Grove Village, IL 60007-3216
15693056     +Mark Grochocinski,   1900 Ravinia Place,   Orland Park, IL 60462-3760
15693057     +Martin Wasserman,   Much Shelist,   191 North Wacker Drive, Ste. 1800,   Chicago, IL 60606-1631
15693058     +Metro Lift Inc.,   679 Heartland Dr.,   Sugar Grove, IL 60554-9594
15693059     +National City,   Attn: Bankruptcy,   Po Box 5570,   Cleveland, OH 44101-0570
15693061      Nbgl-mcraes,   Attn: Bankruptcy,   Po Box 15524,   Wilmington, DE 19850
15693063     +Ozinga Ready Mix Concrete,   PO Box 910,   Frankfort, IL 60423-0910
15693064     +Parkside Insulation,   1319 Schoolhouse Rd. #1,   New Lenox, IL 60451-3307
15693065     +Phillips & Cohen Associates, Ltd.,   1002 Justison Street,   Wilmington, DE 19801-5148
15753057     +Plumbers' Welfare Fund, et al.,   Douglas A Lindsay,   Lewis Overbeck & Furman LLP,
              20 North Clark Street, Suite 3200,   Chicago, IL 60602-5093
15693066     +Roland Machinery Co.,   816 North Dirksen Parkway,   Springfield, IL 62702-6115
15693069     +SG Supply,   12900 S. Throop,   Riverdale, IL 60827-6499
16281988     +SG Supply Co.,   12900 South Throop Street,   Calumet Park, IL 60827-6499
15693067     +Sears/cbsd,   Sears Bk Recovery,   Po Box 20363,   Kansas City, MO 64195-0363
15693068     +Sewer Builders Supplies Inc.,   9001 S. Green St.,   Chicago, IL 60620-2697
15693070      Shell,   PO Box 183018,   Columbus, OH 43218-3018
15693071     +Standard Bank & Trust,   7800 W 95th St,   Hickory Hills, IL 60457-2298
15693072     +TransUnion Consumer Solutions,   P.O. Box 2000,   Chester, PA 19016-2000
15693074      Walshs Service Station,   5600 W. 111th St,   Midlothian, IL 60445
15693075     +Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701-4747
15693076     +Wfnnb/ann Taylor,   Po Box 182273,   Columbus, OH 43218-2273
15693077     +Wfnnb/new York & Compa,   Po Box 182122,   Columbus, OH 43218-2122
15693078      Wright Express,   Fleet Services,   P.O. Box 6293,   Carol Stream, IL 60197-6293
```

The following entities were noticed by electronic transmission on Feb 14, 2011.
```
15693018      E-mail/Text: bkr@cardworks.com                         Advanta Bank Corp,   Po Box 844,
              Spring House, PA 19477
15693024     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2011 00:28:55     Capital One, N.a.,
              C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
15693042     +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2011 00:32:13     GEMB / HH Gregg,
              Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
15693043     +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2011 00:32:13     Gemb/casual Corner,   Po Box 981400,
              El Paso, TX 79998-1400
15693044     +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2011 00:32:13     Gemb/linen N Things,
              Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
15693062     +E-mail/Text: bankrup@nicor.com                         Nicor Gas,
              Attention Bankruptcy Department,   PO Box 549,   Aurora, IL 60507-0549
                                                                              TOTAL: 6
```

```
District/off: 0752-1          User: preed           Page 2 of 2            Date Rcvd: Feb 14, 2011
Case: 10-26117               Form ID: pdf006        Total Noticed: 66


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15693055     Lord&taylor
15693060     Nationwide Insurance
aty*         +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfson,   321 N Clark Street  Suite 800,
              Chicago, IL 60654-4766
15693073  ##+Transworld Systems,   25 Northwest Point Blvd., #750,   Elk Grove Village, IL 60007-1058
                                                                    TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2011**                  **Signature:**  _Joseph Speetjens_