**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: PERILLO, TERRENCE C | § Case No. 10-26117 |
|       PERILLO, YVONNE E | § |
|       PERILLO PLUMBING COMPANY | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $260,649.00 *(without deducting any secured claims)* | Assets Exempt: $65,449.00 |
| Total Distribution to Claimants: $12,520.19 | Claims Discharged Without Payment: $614,295.23 |
| Total Expenses of Administration: $3,224.44 | |

    3) Total gross receipts of $ 15,744.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,744.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $50,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,224.46 | 3,224.44 | 3,224.44 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 663,748.75 | 626,815.42 | 12,520.19 |
| **TOTAL DISBURSEMENTS** | $0.00 | $716,973.21 | $630,039.86 | $15,744.63 |

4) This case was originally filed under Chapter 7 on June 09, 2010. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2011       By: /s/RICHARD M. FOGEL
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Woodsmoke Ranch Camp, Seneca, Illinois | 1110-000 | 11,200.00 |
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 4,544.00 |
| Interest Income | 1270-000 | 0.63 |
| **TOTAL GROSS RECEIPTS** | | **$15,744.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | Harris N.A. | 4210-000 | N/A | 50,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$50,000.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 2,324.46 | 2,324.44 | 2,324.44 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 900.00 | 900.00 | 900.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,224.46 | 3,224.44 | 3,224.44 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Plumbers' Welfare Fund, et al. | 7100-000 | N/A | 59,953.46 | 59,953.46 | 1,197.53 |
| 2 | Carefree Pools Inc. | 7100-000 | N/A | 1,323.75 | 0.00 | 0.00 |
| 3U | Harris N.A. | 7100-000 | N/A | 129,177.82 | 129,177.82 | 2,580.23 |
| 4 | Litgen Concrete Cutting | 7100-000 | N/A | 1,480.00 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 14,225.07 | 14,225.07 | 284.14 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 12,965.78 | 0.00 | 0.00 |
| 7 | SG Supply Co. | 7100-000 | N/A | 423,459.07 | 423,459.07 | 8,458.29 |
| 8 | Sewer Builders Supplies Inc. | 7100-000 | N/A | 6,688.80 | 0.00 | 0.00 |
| 9 | Illinois Communications | 7100-000 | N/A | 14,475.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 663,748.75 | 626,815.42 | 12,520.19 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-26117  
**Case Name:** PERILLO, TERRENCE C  
PERILLO, YVONNE E  
**Period Ending:** 04/01/11

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 06/09/10 (f)  
**§341(a) Meeting Date:** 08/17/10  
**Claims Bar Date:** 11/19/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 6636 W. 88th Street, Oak Lawn,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 205,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Woodsmoke Ranch Camp, Seneca, Illinois<br>Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 13,000.00 | 12,500.00 | | 11,200.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings, including audio<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, pictures and other art objects, antiques,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs and jewelry.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 250.00 | DA | 0.00 | FA |
| 9 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 32,299.00 | 0.00 | DA | 0.00 | FA |
| 10 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Automobiles, trucks, trailers and other vehicles | 10,000.00 | 5,680.00 | | 4,544.00 | FA |

Printed: 04/01/2011 07:19 AM    V.12.56

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-26117  
**Case Name:** PERILLO, TERRENCE C  
PERILLO, YVONNE E  
**Period Ending:** 04/01/11

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 06/09/10 (f)  
**§341(a) Meeting Date:** 08/17/10  
**Claims Bar Date:** 11/19/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | | | | | |
| 13 | Machinery, fixtures, equipment and supplies used   Orig. Asset Memo: Imported from original petition Doc# 1 | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | Machinery, fixtures, equipment and supplies used   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,800.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.63 | FA |
| **15** | **Assets**   Totals (Excluding unknown values) | **$283,649.00** | **$18,430.00** | | **$15,744.63** | **$0.00** |

RE PROP# 2       Sold to debtors per o/c 9-23-10  
RE PROP# 12     Sold to debtors per o/c 9-23-10

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2011          **Current Projected Date Of Final Report (TFR):**   February 7, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-26117  
**Case Name:** PERILLO, TERRENCE C  
PERILLO, YVONNE E  
**Taxpayer ID #:** **-***6056  
**Period Ending:** 04/01/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/06/10 | | TERRY J. PERILLO | Proceeds of sale per o/c 9-23-10 | | 15,744.00 | | 15,744.00 |
| | {2} | | 11,200.00 | 1110-000 | | | 15,744.00 |
| | {12} | | 4,544.00 | 1129-000 | | | 15,744.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 15,744.10 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,744.22 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,744.35 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 15,744.48 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 15,744.60 |
| 03/09/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.03 | | 15,744.63 |
| 03/09/11 | | To Account #9200******9666 | Close account and transfer for final distributions | 9999-000 | | 15,744.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,744.63 | 15,744.63 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,744.63 | |
| | | | **Subtotal** | | 15,744.63 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,744.63** | **$0.00** | |

{} Asset reference(s)

Printed: 04/01/2011 07:19 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-26117  
**Case Name:** PERILLO, TERRENCE C  
PERILLO, YVONNE E  
**Taxpayer ID #:** **-***6056  
**Period Ending:** 04/01/11

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/11 | | From Account #9200******9665 | Close account and transfer for final distributions | 9999-000 | 15,744.63 | | 15,744.63 |
| 03/11/11 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $2,324.44, Trustee Compensation; Reference: | 2100-000 | | 2,324.44 | 13,420.19 |
| 03/11/11 | 102 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $900.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 900.00 | 12,520.19 |
| 03/11/11 | 103 | Plumbers' Welfare Fund, et al. | 1.99% dividend on Claim # 1, Ref: | 7100-000 | | 1,197.53 | 11,322.66 |
| 03/11/11 | 104 | Harris N.A. | 1.99% dividend on Claim # 3U, Ref: | 7100-000 | | 2,580.23 | 8,742.43 |
| 03/11/11 | 105 | Capital One Bank (USA), N.A. | 1.99% dividend on Claim # 5, Ref: | 7100-000 | | 284.14 | 8,458.29 |
| 03/11/11 | 106 | SG Supply Co. | 1.99% dividend on Claim # 7, Ref: | 7100-000 | | 8,458.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,744.63 | 15,744.63 | $0.00 |
| | | | Less: Bank Transfers | | 15,744.63 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 15,744.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,744.63** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******96-65** | 15,744.63 | 0.00 | 0.00 |
| **Checking # 9200-******96-66** | 0.00 | 15,744.63 | 0.00 |
| | $15,744.63 | $15,744.63 | $0.00 |

{} Asset reference(s)

Printed: 04/01/2011 07:19 AM V.12.56